```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  LARY FEEZOR,
                                        NO. Civ.S-11-3157 LKK/CMK
11          Plaintiff,

12       v.                             ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
13  TA OPERATING, LLC, et al.,          NOTIFICATION OF SETTLEMENT

14          Defendants.
                                    /
15
16      Counsel for plaintiff has filed a Notice of Settlement in the
17  above-captioned case.  The court now orders that the dispositional
18  documents disposing of the case be filed no later than sixty (60)
19  days from the effective date of this order.
20      All hearing dates heretofore set in this matter are hereby
21  VACATED.
22      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
23  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
24  ////
25  ////
26  ////
                                    1
```

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2      IT IS SO ORDERED.

3      DATED: June 6, 2012.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2