LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

TODD C. HUNT, SBN 174449
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
TA OPERATING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:11-cv-03157-LKK-CMK |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| TA OPERATING, LLC dba TA TRAVEL CENTER #40; HPT PSC PROPERTIES TRUST, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

  Plaintiff, LARY FEEZOR, and defendant, TA OPERATING LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-captioned action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 21, 2012      DISABLED ADVOCACY GROUP, APLC

                */s/ Lynn Hubbard*
                LYNN HUBBARD III
                Attorney for Plaintiff LARY FEEZOR

Dated: June 21, 2012      SEYFARTH SHAW LLP

                */s/ Todd C. Hunt*
                TODD C. HUNT
                Attorney for Defendant TA OPERATING LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03157-LKK-CMK, is hereby dismissed with prejudice in its entirety.

Dated: June 25, 2012.

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT